IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ROSALINA LINAM,

      Appellant,

v.

DANIEL LINAM,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-1591

Opinion filed March 1, 2016.

An appeal from the Circuit Court for Alachua County.
Monica J. Brasington, Judge.

Rosalina Linam, pro se, Appellant.

Daniel Linam, pro se, Appellee.

PER CURIAM.

      AFFIRMED.

THOMAS, BILBREY, and KELSEY, JJ., CONCUR.